IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     v.                           )<br>                                  )<br>DARRYL W. ROBERTS,                )<br>                                  )<br>                                  )<br>          Defendant and          )<br>          Judgment Debtor.       )<br>_____)<br>                                  )<br>KS INDUSTRIES, LP,                )<br>                                  )<br>          Garnishee.              )<br>_____) | 1:08MC00002-DLB<br><br>ORDER OF<br>CONTINUING GARNISHMENT<br>PURSUANT TO STIPULATION<br>(Voluntary) |

   Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

   IT IS HEREBY ORDERED that the garnishee KS Industries, LP shall withhold each pay period and remit to the District Court Clerk at 501 "I" Street, Suite 4-200, Sacramento, CA 95814, twenty five percent of defendant's disposable earnings\*, until the judgment is paid in full, or until further order of the Court.

   IT IS SO ORDERED.

   Dated:   **February 15, 2008**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

---

   \* (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system)